UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_DATRICIU R. MAMUT_

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been
assigned)

-against-

_NYS GOV. ANDREW CUOMO_
_NYS Attorney Gen. Letitia_
                    _JAMES_
_NYS Education Commissioner   MARY ELLA_

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*I am a victim of racial Descrimination due to my being Filipino American*

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _NYS GOV. ANDREW CUOMO_ is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _NYS Government_, is incorporated under the laws of

the State of _NYS_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_PATRICIO  R,  MAMOT_

First Name            Middle Initial        Last Name

_2-01  50th  Ave #3C_

Street Address

_Long  Island City            NY            11101_

County, City                          State            Zip Code

_718-729-3290                None_

Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

ANDREW CUOMO
First Name                          Last Name

NYS GOVERNOR
Current Job Title (or other identifying information)

110 St the Capital, NYS AL BANY 12207
Current Work Address (or other address where defendant may be served)

County, City                 State              Zip Code

Defendant 2:

LETITIA          JAMES
First Name                          Last Name

NYS Attorney General
Current Job Title (or other identifying information)

The Capital - ALBANY NYS 12274
Current Work Address (or other address where defendant may be served)

County, City                 State              Zip Code

Defendant 3:

MARY          ELLA
First Name                          Last Name

NYS COMMISSIONER Dept of Education
Current Job Title (or other identifying information)

89 WASHINGTON AVP
Current Work Address (or other address where defendant may be served)

ALBANY 12234
County, City                 State              Zip Code

Defendant 4: _____

    First Name                    Last Name

    _____

    Current Job Title (or other identifying information)

    _____

    Current Work Address (or other address where defendant may be served)

    _____

    County, City               State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: NY City

Date(s) of occurrence: 1990 due to long-standing lie due to my being

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Prime Amends

Please see my complaint

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I lost my $ 225,000 yearly income due to being ignored. since 1996

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I Let the Court decide But know I lost my $ 225,000 income since Ical or green pathologist with NYC Bard of Education

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/9/21 | _(signature)_ |
| Dated | Plaintiff's Signature |
| PATRICIO | R. MAMOT |
| First Name | Middle Initial       Last Name |
| 2-01 50th Ane #2C | |
| Street Address | |
| Long Island City | NY     11101 |
| County, City | State        Zip Code |
| 718 - 729-3290 | NONE |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

FEDERAL DISTRICT COURT OF SOUTHERN NEW YORK
LOWER MANHATTAN, NY NY

GOVERNOR AMDREW CUOMO                    X
                                         |
NEW YORK ATTORNEY GENERAL                |
 LETITIA JAMES                           |


DR. MARY ELLA                            |
COMMISSIONER, NYS DEPARTMENT OF          |
EDUCATION                                |
     Respondents                         |
                                         |    JURY TRIAL REQUESTED
     Vs.                                 |
                                         |
                                         |
PATRICIO R. MAMOT                        |
     Pro Se Plaintiff                    |
(Will seek a lawyer ASAP)                |
_____X


*GOV. CUOMO AND ATTY GEN. JAMES: SHOW ME THE SCORE!*

*NYS EDUCATION COMMSSIONER ELLA: TSHH IS  DEMEANING AND INSULTING!*

*U.S. SEN. KIRSTEN GILLIBRAND AND  U.S.INTERNAL REVENUE SERVICES (IRS) COMISSIONER.: IMAGINE AN IMMIGRANT WHO CAME TO THE  U.S.TO HAVE A SLICE OF THE AMERCAN DREAM ENDED UP L IVING AS A   WARD OF STATE. I WAS  A FORMER WORLD HEALTH ORGANIZATIN (WHO) STAFF, WHO WHO   CERIFIED BY NEW YORK CITY BOARD OF EDUCATION IN FRENCH, SPANISH, ENGLISH  TAGALOG (FILIPINO) AND , CEUIANO, AND WITH A PH.D. TO BOOT HELPING NYC CHILDREN WITH DELAYED SPEECH  AND LEARNING DISABILITIES MOSTLY LIVING IN UNDERSERVE BOROUGHS,  LIVING ON WELFARE  SIMPLY BECAUSE OF NEW YORK STATE-SANCTIONED SYSTEMIC RACISM FOR   THAN 30 YEAS. YOU MAY WISH TO KNOW ALSO THAT I CAME TO US AS A SCHOLAR OF DR.  MARTIN PALMER,   FORMER WHO CONSULTANT. IF YOU BOTH DID N OT LISTEN TO MY LAMENT AND  ANGUISH  I WOULD  STILL BE LIVING IN UTTER PENURY AND ABJECT POVERTY EXISTENCE. IN AMERICA, THE LAND OF BOUNDLESS OPPORTURIES. YOU BOTH AS MY MANNAS  FROM HEAVENS. BLESS YOU BOTH !*

At the very outset, let me state that there are two sides in the mountain of racial injustice.   The sunny side of the mountain are individuals who truly are possessed of humanity and a strong sense of justice. Kudos to

1.  U.S. Senator  Kirsten Gillibrand,  and

2. The U.S  Internal Revenue Services (IRS).

I  presented to them  the same story lines of utter, sickening state-sanctioned misconduct for more than 30 years treating me with deafening silence, as if I don't count and exist. .  Thank God both listened and believed in the following story line, portrait of  a  wanton  racial discrimination.

Why?  IRS through the intervention of Sen. Gillibrand did not only wipe out my entire tax obligations in tens of thousands of dollars but restore my full pension, lifted the levy on my bank account .for 30 years.  As if  they were not worthy of celebration and joy, IRS sent me several  thousand dollars afterwards.

Again let me reiterate that In this world there are two sides of the mountain, one  deserving  of laudatory  mention One bright side is Sen. Gillibrand and IRS. The dark side is New York State  totally disgusting behaviors.

Well, let us proceed with my complaint, to wit:

1, I came to New York City in early January 1988 to work with the New York City Board of Education as a contractual speech pathologist.

2. I used under the reciprocity arrangement  between Indiana State and New York State,  the Indiana State professional License as speech pathologist  issued by Indiana State Board of Examiners on Speech Pathology, which was created by law by the Indiana State Assembly.

3. New York City Board of Education certified me in French, Spanish and of course English, Tagalog (Filipino) and Cebuano.

4. I was assigned to provide speech and language therapy and evaluation of children with special needs, i.e., delayed speech

language development , learning disabilities, Down Syndrome, Cerebral Palsy and autism, Asperger Syndrome.I would like to mention here that I wrote a book: SOURCEBOOK ON AUTISM, 400+ Pp. Warren Buffett's observation: "Comprehensive." (Please see further addendum at the end of this complaint regarding how I helped in a unique manner the families of the special-need children.)

5. I was assigned in underserved boroughs, i.e., Harlem, South Bronx, Washington Height. Brownsville., Bedford- Stuyvesant, among other underserved minority communities

6. I worked as speech pathologist from 1988 to 1996. Then New York State Education Department, Albany, issued me "permanent" Certificate for Teacher of Speech and Hearing Handicapped (TSSH). Why, I don't know. I consider it as blatant and egregious abuse of power. TSSH is given to B.S. graduates majoring in teacher of speech and hearing handicapped. I never studied it. I have an M.A. degree in Speech Pathology from Wichita State University, Wichita, Kansas and 51 graduate hours toward a Ph.D. degree in speech pathology from Indiana University, Bloomington, Indiana. Obviously the New York City Board of Education just ignored such puzzling licensing through TSHH certificate. As long as I am able to work as a contractual speech pathologist, it did not bother me either.

7. But 3 years later, i.e., in 1996, the final coup de grace of insult came. NYS Department of Education in cahoots with NYS Supreme Court, Albany, took away my privileges as Speech Pathologist NYS Supreme Court Judge John Conner's ruling claimed that I "took" the New York State examination in speech pathology and "failed." (Now

let us laser focus on the clear wording of "New York State examination." There was none then.) The real ugly head of total, flatout racism bubbled up.

8. OK, let's say for the sake of argument that I really "took" and "failed" such nonexisting NYS examination, am I not entitled – out of sense of truth and fairness and racial justice (I am a Filipino American) to know the answers to the following:

       * When did I take the "NYS examination"
       * Where did I take the examination
       * What was my "failing" score.

9. Your Honorable U.S.District Court – for more than 30 years - I endured years of tortured lament virtually eating my heart and soul, , along with numbing and bruising sense of betrayal by the NYS Department of Education and NYS Supreme Court, both IGNORED MY PLEA FOR ANSWERS. In a painful refrain New York State has rendered me a requiem of wall of utter SILENCE.

Finally, it is with bended knees that I implore the U.S. District Court to demand ANSWERS. Is it too much of a plea? Please help me!

          Respectfully submitted:

          PATRICIO R. MAMOT., M.Ed., M.A., Ph.D.
          Pro Se Plaintiff (will seek legal help ASAP)
          2-01 50th Ave. #3C., Long Island City, NY 11101
          Phones: 718-729-3290 or 917-742-4472

July 16, 2021
New York City

Gov. Andrew Cuomo
110  Street,The Capitol, Albany 12207


NYS Attorney General
Lititia James
The Capitol, Albany NYS 12224

Dr. Mary Eller Ella
New York State Education Department
      Commissioner
President of the University of the State of
      New York
89 Washington Ave., Albany NYS 12234
      Attention of Mr. James R. Hinds

Supporting Evidentiary
Information

EXHIBIT "1"

STATE OF NEW YORK
SUPREME COURT      ALBANY COUNTY
————————————————————————————————X
In the Matter of the Application of
PATRICIO R. MAMOT

             Petitioner,           DECISION/ORDER

      - against -

THE BOARD OF REGENTS, THE NEW YORK      Index No. 2002-98
STATE EDUCATION DEPARTMENT, AND THE   R.J.I. No. 01-98-ST8716
UNIVERSITY OF THE STATE OF NEW YORK,

             Respondents.
————————————————————————————————X

APPEARANCES:

Petitioner:      David G. Ignacio, Jr., Esq.

Respondent:      Kathleen Liston Morrison, Esq.
                Assistant Attorney General

Connor, J.

    Petitioner moves to reargue a Judgment/Order of this Court
dated August 23, 1999 which dismissed his petition on the ground
that it was time-barred.

    Petitioner who formerly practiced as a Speech Pathologist in
the State of Indiana, applied to the Board of Regents for a New
York license pursuant to Education Law § 6506 (6).  That statute
provides that the Board may indorse a license issued by another
state providing the applicant has fulfilled certain education
and experience requirements.

    When petitioner's initial application was not approved, he
took the New York licensing examination but did not pass it.
Regulations promulgated pursuant to Education Law § 6506 (6)
state that a license by endorsement will not be granted where the
applicant has attempted unsuccessfully a licensing examination

decision and order shall not constitute entry or filing under CPLR 2220. Counsel is not relieved from the applicable provisions of that section relative to filing, entry and notice of entry.

    SO ORDERED.

Dated:    November 11, 1999
           Hudson, New York


                                        _____
                                JOHN G. CONNOR
                                Justice of the Supreme Court


Papers considered:    Notice of Motion dated September 13, 1999;
                      Affirmation of David G. Ignacio, Jr., dated
                      September 13, 1999; Affirmation of Kathleen
                      Liston Morrison dated September 23, 1999 with
                      supporting exhibit



CASE # 1   ANSWERS,, PLEASE, RE: 1. NYS TSHH CERTIFICATE AND 2. NYS  BOGUS EXAM.

GOV. CUOMO AND  NEW YORK STATE  SUPREME COURT JUDGE CONNOR'S
## INTELECTUAL LYNCHING

### Why?  Because I m a Filipino Asian Amrican?
RESULT OF JUDICIAL MISCONDUCT:
# ✗ I LOST $225,000 YEARLY INCOME

Dear Pres. J. Biden , Pres R. Duterte and Gov. A. Cuomo:

Consider this message as a Hail Mary attempt to seek the American justice. Why did the New York State Department of Education, Albany, issued  to me a "CERTIFICATE OF TEACHER OF SPEECH AND HEARING HANDICAPPED."  (TSSH). A "PERMANEN," at that!. What an insult!

- The  certificate is issued  to undergraduate who majors in teaching speech and hearing handicapped. I never studied it. I have an M.A. degree in Speech Pathology from  Wichita State University, Wichita , Kansas and 51 pre-doctoral hours in speech pathology from Indiana University, Bloomington, Indiana. Clearly it is an abuse of power. Racism!
- A TSSH candidate must take and pass the NYS-mandated examination. I never took it.

Then  nearly 30 years ago (1996), New York State Supreme Court  Judge Hon. Connor made a court ruling  claiming that  I "failed" the New York State examination in Speech Pathology I asked Hon. Connor to tell me my alleged "failing score." No response FOR 30 YEAS! Too much to bear. It tears my heart and soul! Only  deafening silence.

Reason: there was no such NYS Speech Pathology examination. IT WS A HOAX! ✷

✷     Now, Presidents Biden and Duterte as a an American and Filipino (dual citizenship), kindly  ask Gov. Cuomo for my score.  Perhaps, he will listen  to you. Just release my failing score. That's all!
God Bless to both of you including Gov. Cuomo.
    PATRICIO R. MAMOT, M.Ed., M.A., Ph.D.
Speech and Language Pathologist  (NYC Board  of Education  certified me in French, Spanish,   Tagalog (Filipino) and Cebuano.
Groomed by Manila Mayor Alfredo Lim to be President; of te University of Manila (meant not to be; he lost the mayoralty  election)
I came to US in 1965 as W.H.O. consultant Dr. Martin F. Palmer Scholar to pursue a Ph.D. degree.

# The University of the State of New York

This certificate, valid for service in the public schools, is granted to the person named below who has satisfied the requirements prescribed by the State Education Department.

## The State Education Department
## Public School Teacher Certificate

PATRICIO R MAHOT
207 PROSPECT PARK SL
APT 6-E
BROOKLYN                    NY        11218

Certification area: SPEECH AND HEARING HANDICAPPED

* Form: PERMANENT
Effective date: 09/01/93

Certificate number: 510541387
Control number: 503850931

Given under the authority of the State
Education Department

*Thomas Sobol*
Commissioner of Education

(OVER)

Important Note:

- I came to New York City in early January 1988 to work with the New York City Board of Education as Speech Pathologist using my Indiana State license.

- NYC Board of Education honored the Indiana license for 8 years under the Reciprocity Clause between New York State and Indiana State. Please refer to Education laws of both states in 1988.

- So it Is ludicrous and absurd for me to take and "failed" the York State Exam in Speech Pathology, which did not exist.

- In case one questions my credentials, look at the New York State Education Department record record as attached.

- I rest my case.

PATRICIO R. MAMOT, M.Ed., M.A., Ph.D.



*Indiana Board of Examiners on Speech Pathology & Audiology*

KNOW ALL MEN BY THESE PRESENTS:
That _Patricio R. Mamot_
has complied with the requirements of Indiana Public Law 262
passed by the General Assembly in the year 1971 and has
been duly licensed in accordance with the law and the examin-
ing board and is now entitled to practice in the field of
_Speech Pathology_

STATE OF INDIANA
HEALTH PROFESSIONS SERVICE BUREAU
LICENSE
ADDRESS
PATRICIO R MAMOT

SPEECH PATHOLOGIST

THE NEW YORK STATE EDUCATION DEPARTMENT
Committee on the Professions
Summary of Application

Committee on the Professions: 05/07/97        Board of Regents: 06/12/97

97-04-58  SPEECH-LANGUAGE PATHOLOGY
Patricio R. Mamot
(continued)

| APPLICABLE REQUIREMENTS: Section 8206 of Education Law and Part 75 of the Commissioner's Regulations require: | QUALIFICATIONS: |
|---|---|
| (1) Completion of a registered program in speech-language pathology leading to master's degree or the equivalent, as determined by the Department, including specified course work. | (1) Wichita State University, M. A. in Logopedics, August 1967. (2) Indiana University, 51 semester hours of graduate level study, 1967-1970. |
| (2) Not less than nine months of satisfactory supervised experience following completion of a program that meets the above requirements. | (2) Forms 3 and 4 submitted showing supervised experience from February 16, 1988 to February 15, 1989. |

Gov. Andrew Cuomo
110  Street,The Capitol, Albany 12207


NYS Attorney General
Lititia James
The Capitol, Albany NYS 12224

Dr. Mary Eller Ella
New York State Education Department
      Commissioner
President of the University of the State of
      New York
89 Washington Ave., Albany NYS 12234
      Attention of Mr. James R. Hinds

Note to Dr. Ella,    Your Mr. Hinds wrote me a letter dated July 28, 2017.


Kindly take note of the Letterhead in his letter.  It clearly states "State Board for
Speech Pathology and Audlology." There was no mention of "Board of
Examiners." Therefore,  one can assume that NYS "Board for Speech Pathology
and Audiology" was created by an  administrative fiat, not by law. I surmise that
you may have participated in crafting such administrative initiative.  Unlike the
"Indiana Board of Examiners for Speech Pathology." It  was enacted by the
Indiana  State Assembly, under which I was granted a Professional License  in
Speech Pathology by law – not by administrative policy decision.  I started
working in January 1988 as Speech Pathologist  with the New York City Board of
Education under the reciprocity clause in New York State Department of
Education.  I am very certain that under the NYS Board for Speech and audiology
there must  be some new specific licensing requirements.  THERE WAS NO SUCH
NEW YORK STATE BOARD FOR SPEECH PATOLOGY AND AUDIOLOGYWHEN I CAME
TO NYC  IN 1988.  If for  some  argument that the  new NYS BOARD should be

bound to prosecute big-time corporations, which are supposed guilty of crimes, like the Trump Organization, for alleged crimes.

WHAT I CANNOT UNDERSTAND IS THAT YOU HON. JAMES, EVEN WHEN YOU WERE NEW YORK CITY PUBLIC ADVOCATE FAILED TO LOOK INTO THE MISCONDUCTS OF BOTH NYS DEPARTMENT OF EDUCATION AND NYS SUPREME COURT, ALBANY. I AM A NEW YORKER YOU KNOW. I BEGGED AND BEGGED FOR YOUR HELP, BUT YOU APPEARED TO PLAY DEAD NEVER HELPING ME. YOU (INCLUDING THAT OF GOV. CUOMO) TREATED ME WITH SEPULCHRAL SILENCE EVEN TO THIS DAY AS I WRITE THIS NOTE.

WHY? AM I NOT COLORED ENOUGH (BEING FILIPINO AMERICAN)? FOR CHRIST'S SAKE, MOVE THE NEEDLES TOWARD RESOLVING MY CASE. JUST DO IT LIKE WHAT YOU ARE DOING WITH THE TRUMP ORGANIZATION. YOU SEEM OBSESSED AND OBSCENELY FASCINATED RUNNING AFTER THE TRUMP ORGANIZATION, NOT ANY MEMBER OF THE TRUMP FAMILY. YOUR HONOR ATTORNEY GENERAL. NOTHING POLITICAL HERE. JUST HELPING YOUR OFFICE FIND YOUR ADMISTRATIVE AND JUDICIAL MORAL COMPASS. YOUR ATTORNEY GENERAL OFFICE PHONE IS JUST AFINGER AWAY. JUST LIFT THE PHONE AND ASK BOTH NYS DEPARTMENT OF EDUCATIO N AND NYS SUPREME COURT AND DEMAND ANSWERS TO MY 2 QUESTIONS. SMPLE AS THAT. NOTHING PROFOUND HERE. If for some warped reasons you (and Gov. Cuomo) continue ignoring and snubbing, me for more than 30 years, well to heck with you both including of course you Dr. Ella of the NYS Department of Education my plea for answers, then may I ask you all: Are you all without a sense of humanity, of abiding faith in American justice? You both preoccupied with the Trump Organization, I would shamelessly claim that you both are cringeworthy of derision and revulsion. Why would the three of you treat me like a piece of shit? Do you gather the impression that I am angry as hell? You bet. What more than 30 years of being treated like a trash can do. My mind has been running riot with anger!

applied to me retroactively, I say it is patently and glaringly UNCONSTITUTIONAL. In political debates, one says "It is the economy, stupid." Well, in legal arguments, one might say "it is the Constitutional, st....d."

NOTE TO NYS A.G. LETITIA JAMES. Please read my arguments above, you hear!

Oh, before I forget, Dr. Ella you had the gumption of duping Sen. Gillibrand by informing her that I "failed" the NYS exam. for speech pathology WITHOUT TELLING MY "FAILING" score! From one academician to another, may I ask: Can you dig it?



