UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO R. MAMOT,

                Plaintiff,

-against-                      21-CV-6732 (LTS)

NYS GOV. ANDREW CUOMO; NYS ATTORNEY      CIVIL JUDGMENT
GEN. LETITIA JAMES; NYS EDUCATION
COMMISSIONER MARY ELIA,

                Defendants.

Pursuant to the order issued November 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 5, 2021
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                 Chief United States District Judge